United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-15317-mdc

Richard T. Altmiller     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jan 14, 2021     Form ID: pdf900     Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard T. Altmiller, 33 Stonybrook Drive, Levittown, PA 19055-2216 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| cr | + | HSBC BANK USA, N.A., 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | HSBC Bank USA, National Association As Trustee For, c/o THOMAS YOUNG HAE SONG, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:

**Name     Email Address**

JEROME B. BLANK
    on behalf of Creditor HSBC Bank USA  National Association As Trustee For et al paeb@fedphe.com

REBECCA ANN SOLARZ
    on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Alternative Loan 2007-PA2 Trust bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor HSBC Bank USA  National Association As Trustee For et al paeb@fedphe.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 14, 2021 | Form ID: pdf900 | Total Noticed: 6 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

ZACHARY PERLICK
    on behalf of Debtor Richard T. Altmiller Perlick@verizon.net  pireland1@verizon.net

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Richard Altmiller          :          Chapter 13
                                    :
                                    :
                                    :
                                    :
                                    :
         Debtor                     :          Bankruptcy No. 18-15317MDC


**ORDER**

**AND NOW,** this ___13th___ day of ___January___, 2021, upon consideration of the Motion to Sell Real Property filed by debtor, upon notice to all interested parties and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is granted permission to sell his real property located at 33 Stonybrook Drive, Levittown, PA 19055 ("Property"), for the sale price of $369,500.00, pursuant to the terms of a certain real estate agreement of sale dated as of November 2, 2020, to the buyer(s) thereunder, Shawn & Karen Oechsle ("Buyer"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer shall pay Specialized Loan Servicing in full according to an updated payoff figure and shall be distributed in the following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $_____ |
| 2. | Liens paid at closing – Mortgage to Specialized Loan Servicing<br>*** The payoff figure listed above is subject to change*** | $252,346.99 |
| | The following liens shall be paid via William C. Miller, Trustee:<br>Internal Revenue Service<br>Commonwealth of PA-Dept. of Labor and Industry<br>PA Department of Revenue | $ 6,733.10<br>$ 1,392.46<br>$ 2,793.81 |
| 3. | Real estate taxes, sewer, trash and/or other such items | $_____ |
| 4. | Property repairs, if any | $_____ |
| 5. | Real estate commission, at no greater than 6% | $ 33,945.00 |

|   |   |   |
|---|---|---|
| 6. | Attorney's fees, if any | $_____ |
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $_____ |
| 8. | Other : | $_____ |
|   | TOTAL | $298,986.95 |

After paying all liens in full and all costs of sale, the title clerk shall pay to William C. Miller, Chapter 13 Standing Trustee, the balance of the sales proceeds, approximately $40,000.00, to be distributed by the standing trustee to his applicable commission, upon confirmation, in accordance with debtor's confirmed modified plan, which shall require a 100% distribution on all filed and allowed claims. The balance of funds shall be paid to the debtor.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Debtor shall not be permitted to voluntarily dismiss this case; he may, however, convert this case to one under Chapter 7. In the event the case is converted to Chapter 7, any funds remaining in the possession of the standing trustee shall be transferred to the appointed Chapter 7 trustee.

BY THE COURT

_Magdeline D. Coleman_
_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**