# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard T. Altmiller dba R&R General Contracting and Home Maintenance<br>　　　　　　Debtor(s) | CHAPTER 13 |
| HSBC Bank USA, National Association, as Trustee for Wells Fargo Alternative Loan 2007-PA2 Trust, its successors and/or assigns<br>　　　　　　Movant<br>　　vs.<br>Richard T. Altmiller dba R&R General Contracting and Home Maintenance<br>　　　　　　Debtor(s)<br>William C. Miller Esq.<br>　　　　　　Trustee | NO. 18-15317 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of HSBC Bank USA, National Association, as Trustee for Wells Fargo Alternative Loan 2007-PA2 Trust, which was filed with the Court on or about **January 13, 2021, docket number 82**.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
Dated March 25, 2021　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: