**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | RICHARD ALTMILLER | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 18-15317 |

## CERTIFICATION OF NO-OBJECTION OR RESPONSE

    I, Zachary Perlick, Esquire, hereby certify that I have not received a responsive pleading nor any objection to Debtor's Motion to abate Payments and Amend Plan Post-Confirmation, I respectfully request that the court enter the Order accompanying said application.

                                                                BY:    /Zachary Perlick/
                                                                               Zachary Perlick, Esquire
                                                                               1420 Walnut Street, Suite 718
                                                                               Philadelphia, PA  19102
                                                                               (215) 569-2922