IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    RICHARD ALTMILLER    :    CHAPTER 13
                              :
                              :
          DEBTOR              :    BANKRUPTCY No. 18-15317

ORDER

AND NOW, this 5th day of June 2021, upon consideration of the Debtors' Motion to Abate Payments and Modify Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE