United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Richard T. Altmiller  
    Debtor

Case No. 18-15317-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jun 07, 2021     Form ID: pdf900     Total Noticed: 7

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard T. Altmiller, 14380 County Road 122, Sanderson, FL 32087-3058 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| cr | + | HSBC BANK USA, N.A., 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | HSBC Bank USA, National Association As Trustee For, c/o THOMAS YOUNG HAE SONG, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: bncnotice@ph13trustee.com | Jun 08 2021 01:40:00 | WILLIAM C. MILLER, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105-1229 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

**Name**     **Email Address**

JEROME B. BLANK  
    on behalf of Creditor HSBC Bank USA  National Association As Trustee For et al paeb@fedphe.com

REBECCA ANN SOLARZ

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 07, 2021 | Form ID: pdf900 | Total Noticed: 7 |

on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Alternative Loan 2007-PA2 Trust bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG

on behalf of Creditor HSBC Bank USA  National Association As Trustee For et al paeb@fedphe.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

ZACHARY PERLICK

on behalf of Debtor Richard T. Altmiller Perlick@verizon.net  pireland1@verizon.net

TOTAL: 7

```
          IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:    RICHARD ALTMILLER   :   CHAPTER 13
                              :
                              :
          DEBTOR              :   BANKRUPTCY No. 18-15317
```

                                ORDER


     AND NOW, this    **5th**    day of    **June**    2021, upon consideration of the Debtors' Motion to Abate Payments and Modify Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED.


                                   BY THE COURT:


                                   _____
                                   MAGDELINE D. COLEMAN
                                   CHIEF U.S. BANKRUPTCY JUDGE