United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Richard T. Altmiller  
    Debtor

Case No. 18-15317-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 18, 2021      Form ID: 138OBJ      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard T. Altmiller, 14380 County Road 122, Sanderson, FL 32087-3058 |
| 14179693 | + | Borough of Tullytown, c/o Michael T. Sellers, Esquire, POB 702, Newtown, PA 18940-0702 |
| 14198268 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 702, HARRISBURG, PA 17121-0751 |
| 14195120 | + | HSBC Bank USA, National Association As Trustee, c/o THOMAS YOUNG HAE SONG, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 14571883 | + | HSBC Bank USA, National Association, as Trustee fo, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14196840 | #+ | HSBC Bank USA, National Association, et.al., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-1663 |
| 14179699 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14179700 | + | PENN Medicine, UPHS Physicians, POB 824406, Philadelphia, PA 19182-4406 |
| 14179701 | + | Professional Account Management, POB 3032, Milwaukee, WI 53201-3032 |
| 14185901 | + | Republic Services of N.J., d/b/a Midco Waste, c/o Amato, Keating & Lessa P.C., 107 Commerce Way, Bethlehem, PA 18017-8913 |
| 14179702 | + | Richard Hart, Tax Collector, 500 Main Street, Bristol, PA 19007-6207 |
| 14494602 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14179703 | + | Tek Collect, PO Box 1269, Columbus, OH 43216-1269 |
| 14179706 | + | WF FInancial Cards, PO Box 14517, Des Moines, IA 50306-3517 |
| 14179705 | + | Wells Fargo Bank, 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 18 2021 23:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 18 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14179695 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2021 23:39:17 | Citicards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14179696 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 18 2021 23:26:00 | Commonwealth of PA, Department of Labor and Industry, Bureau of UC Benefits and Allowances, POB 67503, Harrisburg, PA 17106-7503 |
| 14179697 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2021 23:26:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14179694 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 18 2021 23:28:38 | Chase, Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 14179698 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2021 23:26:00 | PA Department of Revenue, Bureau of |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 18, 2021 | Form ID: 138OBJ | Total Noticed: 24 |

| Recip ID | | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14206642 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14179704 | | Email/Text: bankruptcytn@wakeassoc.com | Aug 18 2021 23:26:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14185892 | *+ | Borough of Tullytown, c/o Michael T. Sellers, Esquire, POB 702, Newtown, PA 18940-0702 |
| 14185894 | *+ | Citicards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14185895 | *P++ | DEPARTMENT OF LABOR & INDUSTRY, ATTN OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG PA 17121-0751, address filed with court:, Commonwealth of PA, Department of Labor and Industry, Bureau of UC Benefits and Allowances, POB 67503, Harrisburg, PA 17106-7503 |
| 14185896 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14185893 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 14185897 | * | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14185898 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14185899 | *+ | PENN Medicine, UPHS Physicians, POB 824406, Philadelphia, PA 19182-4406 |
| 14185900 | *+ | Professional Account Management, POB 3032, Milwaukee, WI 53201-3032 |
| 14185902 | *+ | Tek Collect, PO Box 1269, Columbus, OH 43216-1269 |
| 14185903 | *P++ | WAKEFIELD & ASSOCIATES, PO BOX 51272, KNOXVILLE TN 37950-1272, address filed with court:, Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 14185905 | *+ | WF FInancial Cards, PO Box 14517, Des Moines, IA 50306-3517 |
| 14185904 | *+ | Wells Fargo Bank, 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 20, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor HSBC Bank USA  National Association As Trustee For et al paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Alternative Loan 2007-PA2 Trust bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 18, 2021 | Form ID: 138OBJ | Total Noticed: 24

    on behalf of Creditor HSBC Bank USA  National Association As Trustee For et al paeb@fedphe.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

    ecfemails@ph13trustee.com  philaecf@gmail.com

ZACHARY PERLICK

    on behalf of Debtor Richard T. Altmiller Perlick@verizon.net  pireland1@verizon.net

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Richard T. Altmiller
    Debtor(s)

Case No: 18−15317−mdc
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/18/21

113 − 108
Form 138OBJ